
**RECEIVED**
CHARLOTTE, N.C.

MAY 25 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET #. 3:04CR13-10-MU |
| | ) | |
| v. | ) | |
| | ) | |
| JASON ARMISTEAD SADLER | ) | ORDER |

THIS MATTER comes before the Court upon Defendant's unopposed motion to modify sentence filed on May 20, 2005.

The Court finds for the reasons stated in the Motion that a modification of sentence is justified.

THEREFORE, IT IS HEREBY ORDERED that the Defendant's sentence is hereby modified to reduce the term of 60 months imprisonment to 47 months, reflecting a 13-months deduction for the time that the defendant has already served on a South Carolina sentence (Court of General Sessions, York Co., dkt. No. 2004-GS-46-0944), for relevant conduct included in the calculation of the sentencing guidelines. Such reduction is made pursuant to USSG §5G1.3 (b) and 18 U.S.C. § 3553(a). Any remaining balance on this sentence is to be served concurrently to the South Carolina sentence in dkt. No. 2004-GS-46-0944.

The Clerk is directed to certify copies of this Order to Defendant, his counsel, to the United States Attorney, and the U.S. Probation Office.

This 2nd day of June 2005

GRAHAM C. MULLEN
CHIEF U.S. DISTRICT JUDGE